AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

MARK S. BUZA

                Plaintiff(s),

V.

YAHOO! INC.

                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-CV-04422-RS

Notice is hereby given that, subject to approval by the court, YAHOO! INC. substitutes
(Party(s) Name)

Michele D. Floyd, State Bar No. 163031 as counsel of record in
(Name of New Attorney)

place of Michele D. Floyd of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | K&L Gates LLP |
| Address: | 630 Hansen Way, Palo Alto, CA 94304 |
| Telephone: | 650-798-6700   Facsimile 650-798-6701 |
| E-Mail (Optional): | michele.floyd@klgates.com |

I consent to the above substitution.

Date: 10/5/2011

I consent to being substituted.

Date: October 5, 2011

I consent to the above substitution.
Date: October 5, 2011

Yahoo! Inc.

_____
(Signature of Party(s))
Dan Tepstein, Senior Director of Litigation

_____
(Signature of Former Attorney(s))
Michele D. Floyd

_____
(Signature of New Attorney)
Michele D. Floyd

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge
Hon. Richard Seeborg

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com